# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | | |
|---|---|---|
| United States of America<br>v.<br><br>ROBERT MASON ELLIOTT<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br>    1:18-mj-1307 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 27, 2017** in the county of **Shelby** in the **Southern** District of **Indiana**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Sexual Exploitation of a Child |
| 18 U.S.C. § 2252(a)(2) | Distribution of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Andrew Willmann, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/27/2018

*Judge's signature*

City and state: Indianapolis, Indiana     Doris L. Pryor, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF APPLICATION

I, Andrew Willmann, a Special Agent with the FBI, hereby depose and state as follows:

1. **Affiant**: I am a Special Agent with the Federal Bureau of Investigation, and have been since June 2014. I have taken classes related to cyber-criminal activity as well as classes related to the exploitation of children. I have also investigated numerous crimes against children since being assigned to the Indianapolis Field Office. I am currently assigned to the Indianapolis Violent Crimes Against Children Task Force. I have completed five months of training at the FBI Academy in Quantico, Virginia, and attended the Dallas Crimes Against Children Conference.

2. **Requested action**: I make this affidavit in support of a Criminal Complaint and Arrest Warrant charging ROBERT MASON ELLIOTT with **Count 1: Sexual Exploitation of a Child (Minor Victim 1)**, on or before September 27, 2017, in violation of Title 18, United States Code, Section 2251(a); **Count 2: Distribution of Child Pornography,** on or about September 27, 2017, in violation of Title 18, United States Code, Section 2252(a)(2); and **Count 3: Possession of Child Pornography,** on or about September 27, 2017, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

3. **Sexual Exploitation of a Child/Attempted Sexual Exploitation of a Child**: This statute provides that "Any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate or

1

foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, shall be punished as provided under subsection (e), if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed." 18 U.S.C. § 2251(a). It is also a crime to attempt to sexually exploit a child. 18 U.S.C. § 2251(e).

4. **Child Pornography Trafficking:** This statute prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, or possessing any visual depictions of minors using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, by any means including by computer, where the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such depiction was of such conduct. Title 18, United States Code, Section 2252(a)(2).

5. **Possession of Child Pornography:** This statute, in pertinent parts, prohibits a person from knowingly possessing 1 or more books, magazines,

periodicals, films, video tapes, or other matter which contain any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or shipped or transported by any means, including by computer, if the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct. Title 18, United States Code, Section 2252A(a)(5)(B).

6. **Definitions**: The following definitions apply to this Affidavit:

7. "Child Pornography" means any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct. See 18 U.S.C. § 2256.

8. "Minor" means any person under the age of eighteen years. See 18 U.S.C. § 2256(1).

9. "Sexually explicit conduct" means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or

3

masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person. See 18 U.S.C. § 2256(2).

10. "Visual depictions" include undeveloped film and videotape, and data stored on computer disk or by electronic means, which is capable of conversion into a visual image. See 18 U.S.C. § 2256(5).

11. **Information provided**: The statements in this affidavit are based in part on information provided by other law enforcement officers and my own observations. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that to believe that ROBERT MASON ELLIOTT committed the above-listed offenses.

## OVERVIEW OF SPECIFIC PROBABLE CAUSE

12. **Background of the Investigation:** On or about October 19, 2017, the Shelby County, Indiana Sheriff's Office received a complaint from the mother of a known minor female (Minor Victim 1), concerning the violation of a No Contact Order by ROBERT MASON ELLIOTT DOB XX-XX-1993. The mother told deputies that ELLIOTT had been in communication with her daughter through the Facebook Messenger application in violation of a previously obtained No Contact Order. Minor Victim 1's mother discovered the communication on her own cellular telephone after Minor Victim 1 used the device to log into Facebook Messenger. ELLIOTT sent Minor Victim 1 a video describing the location of a CD case containing a suspected narcotic

substance. ELLIOTT left the CD case for Minor Victim 1. The Shelby County Sheriff's Office seized the CD case containing the suspected narcotic substance. ELLIOTT was on GPS monitoring with the Marion County Community Corrections Office at the time of the events. A review of the GPS data confirmed ELLIOTT was in the area described in the video.

13. On or about October 24, 2017 Minor Victim 1 was interviewed by detectives of the Shelby County Sheriff's Office. Minor Victim 1 told detectives that she and ELLIOTT met earlier in 2017 at a hospital while ELLIOTT was a patient for an unknown injury. They began to spend time with each other at ELLIOTT's residence after he was released from the hospital. She and ELLIOTT began to abuse drugs that were prescribed to ELLIOTT around that time. After some time, ELLIOTT introduced Minor Victim 1 to cocaine and heroin, and the two used cocaine and heroin together.

14. Minor Victim 1 told detectives that she and ELLIOTT communicated mostly through Facebook Messenger, and that ELLIOTT would provide her heroin by bringing it directly to her in person or dropping it somewhere near her house. She also told detectives that Elliott would provide hypodermic needles to her.

15. Based on the above facts, the Shelby County Sheriff's office obtained a search warrant for the Facebook account ELLIOTT used to communicate with Minor Victim 1 (ID: mason.elliott.7165). On or about October 25, 2017, Judge David N Riggins of the Shelby Superior Court issued a search warrant for the Facebook account using the Facebook ID mason.elliott.7165. Facebook provided records in

5

response to the search warrant on or about November 6, 2017. The account was registered with the email address masonelliott1227@yahoo.com on March 20, 2017.

16. A review of the messages between Minor Victim 1 and ELLIOTT identified multiple video files consisting of child pornography. The videos are as follows:

   a. On or about September 27, 2017, ELLIOTT sent Minor victim 1 a video file titled video-1506535237.mp4. The video is approximately 9 seconds in length. The video begins with the camera focused directly on Minor Victim 1's vagina. Minor victim 1 is lying on her back, with a pillow under her head, and wearing only a multicolored blouse. A male voice is heard saying "this must be a snack." An adult male hand is then shown spreading apart minor victim 1's labia. Minor Victim 1's face is clearly visible in the video. The focus of the video is Minor Victim 1's vagina.

   b. On or about September 27, 2017, directly after the previous video, ELLIOTT sent Minor Victim 1 a video file titled video-1506535253.mp4. The video is approximately 9 seconds in length. The video shows ELLIOTT performing oral sex on Minor Victim 1. ELLIOTT can be heard saying, "do you like that?" The video is filmed looking downward from Minor Victim 1's perspective. The focus of the video is ELLIOTT's face while he is performing oral sex on Minor Victim 1.

   c. On or about September 27, 2017, ELLIOTT sent Minor Victim 1 a video file titled video-1506532434.mp4. The video is approximately 10 seconds

6

in length. The video begins by showing Minor Victim 1's vagina. Minor Victim 1 is then shown lying on a bed while wearing no clothing, before the focus shifting back to her vagina. Minor Victim 1's face is visible in the video. The focus of the video is Minor Victim 1's vagina.

d. On or about September 27, 2017, ELLIOTT sent Minor Victim 1 a video file titled video-1506531042.mp4 The video is approximately 10 seconds in length. The video starts showing ELLIOTTS face, while he says, "hey, you ain't on shit if you ain't ever cracked some ass, while you on the motha-fuckin canal." ELLIOTT then moves the camera to show himself performing vaginal or anal intercourse on Minor Victim 1 while he stands behind her. Minor victim 1 is shown wearing no pants and bent over in front of ELLIOTT. ELLIOTT's penis is visible in the video. Based on pictures and other content in the video the location appears to be the canal located in downtown Indianapolis. Minor Victim 1's face is not visible in the video, but she was wearing a purple sweatshirt that is identifiable from an image sent directly proceeding the video.

e. On or about September 27, 2017, ELLIOTT sent Minor Victim 1 a video file titled video-1506531056.mp4. The video is approximately 10 seconds in length. The video begins by showing ELLIOTT's face while he holds the camera. The video then shows Minor Victim 1 performing oral sex on ELLIOTT. The location and clothing appear to be the same as the

previously described video. The focus of the video is Minor Victim 1 while she performs oral sex on ELLIOTT.

17. Each of the videos were sent from ELLIOTT's Facebook account to Minor Victim 1's Facebook account. Based on my training and experience, each of the videos is a depiction of child pornography. ELLIOTT is currently housed by the Indiana Department of Corrections.

18. **Interstate or foreign commerce**: The devices used to store the videos were manufactured outside of the State of Indiana or contain parts that were manufactured outside of the State of Indiana, and therefore, travelled in interstate or foreign commerce. The videos were transmitted via the internet through Facebook Messenger. Facebook is a company located outside the state of Indiana.

19. **Conclusion**: Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that Robert Mason Elliott has committed the listed offenses, namely production, distribution, and possession of child pornography in violation of Title 18, United States Code, Sections 2251(a), 2252(a)(2), and 2252A(a)(5)(B).

Andrew David Willmann
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this 27th day of December, 2018.

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana