UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **FILED** |
| Plaintiff, | ) | MAY 0 7 2019 |
| v. | ) Cause No. | U.S. DISTRICT COURT INDIANAPOLIS, INDIANA |
| ROBERT MASON ELLIOTT, | ) | |
| Defendant. | ) | 1:19-cr-152 TWP-MJD |

## INDICTMENT

The Grand Jury charges that:

### General Allegations for All Counts

At times material to these charges:

1. The Defendant, ROBERT MASON ELLIOTT (hereinafter "ELLIOTT" or "the Defendant"), was a resident of Shelbyville, Indiana, who was born in 1993.

2. On February 12, 2013, the Defendant was convicted of Theft, a Class D Felony, and Obstruction of Justice, a Class D Felony, under cause number 73C01-1203-FB-009 and 73C01-1209-FD-333, in the Shelby Circuit Court, in Shelby County, Indiana, and sentenced to three years' imprisonment.

3. On July 21, 2016, the defendant was convicted of Intimidation, Threat to Commit a Forcible Felony, a Level 6 Felony, under cause number 73C01-1407-F6-

1

000019, in the Shelby Circuit Court, in Shelby County, Indiana, and sentenced to 180 days' imprisonment to be served consecutively to the sentence set forth above.

4. **Coercion and Enticement (18 U.S.C. § 2422(b))**: Under the United States Code, it is unlawful for a person to use the mail or any facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, or attempt to do so. This statute incorporates both state and federal law in determining whether the underlying sexual activity is a criminal offense, including the federal law prohibiting the Sexual Exploitation of a Child (18 U.S.C. § 2251(a)) and the Indiana law prohibiting Production of Child Pornography (IC 35-42-4-4 (a) and (c)(E)).

5. **Sexual Exploitation of a Child (18 U.S.C. § 2251(a))**: Under the United States Code, it is also unlawful for a person to employ, use, persuade, induce, entice, or coerce any minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has

2

actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

6. The term "minor" is defined as a person under the age of 18 years. 18 U.S.C. § 2256(1).

7. The term "visual depiction" is defined to include undeveloped film and videotape, data stored on computer disk or by other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format. 18 U.S.C. § 2256(5).

8. The term "sexually explicit conduct" includes actual or simulated sexual intercourse, bestiality, masturbation, sadistic or masochistic abuse, or lascivious exhibition of the genitals or pubic area of any person. 18 U.S.C. § 2256(1).

9. **Production of Child Pornography (Indiana Code 35-42-4-4)**: This Indiana statute prohibits a person from knowingly or intentionally managing, producing, sponsoring, presenting, exhibiting, photographing, filming, videotaping, or creating a digitized image of any performance or incident that includes sexual conduct by a child under eighteen years of age.

10. The term "sexual conduct" means sexual intercourse, sadomasochistic abuse, other sexual conduct, exhibition of the uncovered genitals intended to satisfy or arouse the sexual desires of any person, or any fondling or touching of a child by

another person or of another person by a child intended to arouse or satisfy the sexual desires of either the child or the other person.

### Victim

11. The pseudonym "Minor Victim 1" represents a 16-year-old minor girl, who lived in the Southern District of Indiana, and who was born in 2000.

### COUNTS 1 THROUGH 5

### Sexual Exploitation of a Child
### 18 U.S.C. § 2251(a)

12. On or about the dates listed below in each separate Count, in the Southern District of Indiana and elsewhere, the Defendant, ROBERT MASON ELLIOTT, did employ, use, persuade, induce, and coerce a minor, that being, Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing or having reason to know that such visual depiction would be transported or shipped in interstate or foreign commerce or mailed, or such visual depiction was produced using materials that had been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer, or such visual depiction was actually transported or shipped in interstate or foreign commerce or mailed.

| Count | Date    | File Name             |
|-------|---------|-----------------------|
| 1     | 9.27.17 | video-1506535237.mp4  |
| 2     | 9.27.17 | video-1506535253.mp4  |

| 3 | 9.27.17 | video-1506532434.mp4. |
|---|---------|----------------------|
| 4 | 9.27.17 | video-1506531042.mp4 |
| 5 | 9.27.17 | video-1506531056.mp4 |

Each Count of which is a separate violation of Title 18, United States Code, Section 2251(a).

## COUNT 6

### Coercion and Enticement
### Minor Victim 1
### 18 U.S.C. § 2422(b)

13. On or about September 27, 2017, the defendant, ROBERT MASON ELLIOTT, did use a facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, and coerce, and attempt to knowingly persuade, induce, entice, and coerce, Minor Victim 1, an individual who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense, specifically, production of child pornography as defined in IC 35-42-4-4 (a) and (c)(E), and sexual exploitation of a child as defined in 18 U.S.C. § 2251(a).

All of which is a violation of 18 U.S.C. § 2422(b).

## COUNTS 7 THROUGH 11

### Distribution of Child Pornography
### 18 U.S.C. § 2522(a)(2)

14. On or about the dates listed below in each separate Count, in the Southern District of Indiana and elsewhere, the Defendant, ROBERT MASON ELLIOTT, distributed child pornography that had been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer to Minor Victim 1.

| Count | Date | File Name |
|---|---|---|
| 7 | 9.27.17 | video-1506535237.mp4 |
| 8 | 9.27.17 | video-1506535253.mp4 |
| 9 | 9.27.17 | video-1506532434.mp4. |
| 10 | 9.27.17 | video-1506531042.mp4 |
| 11 | 9.27.17 | video-1506531056.mp4 |

Each Count of which is a separate violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 12

### (Felon in Possession of a Firearm and Ammunition)
### 18 U.S.C. § 922(g)(1)

Between or about August 21, 2017, and on or about October 6, 2017, within the Southern District of Indiana, Indianapolis Division, the defendant,

ROBERT MASON ELLIOTT,

having been convicted of one or more felony crimes punishable by imprisonment for a term exceeding one (1) year, to wit:

> Theft, a Class D Felony, and Obstruction of Justice, a Class D Felony, under cause number 73C01-1203-FB-009 and 73C01-1209-FD-333, in the Shelby Circuit Court, in Shelby County, Indiana, on or about December 18, 2012,

> Intimidation, Threat to Commit a Forcible Felony, a Level 6 Felony, under cause number 73C01-1407-F6-000019, in the Shelby Circuit Court, in Shelby County, Indiana, on or about July 21, 2016;

did knowingly possess in and affecting commerce a firearm and ammunition, to wit:

> a Glock 19 or 23 pistol;

> a Glock 27 (4th Generation) .40 caliber pistol;

> a Springfield Model, XDs-9, 9 millimeter pistol with a 4-inch barrel;

> a Smith and Wesson Model SD9 VE or DS40 VE;

> a Glock 23 .40 caliber pistol; and,

> a Springfield Model XDs-9, 9 millimeter pistol;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

███████████████

FOREPERSON

JOSH J. MINKLER
United States Attorney

By: _____
Tiffany J. Preston
Assistant United States Attorney