# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:19-cr-00152-TWP-MJD |
| ROBERT MASON ELLIOTT, | ) -01 |
| Defendant. | ) |

### ENTRY FOR JUNE 14, 2022
### THE HONORABLE TANYA WALTON PRATT, CHIEF JUDGE

The Government appeared by Tiffany Preston, Assistant United States Attorney. The Defendant appeared in person, in custody, and by retained counsel Brandon Sample. Andrew Willmann appeared as agent for the Government. David Moxley was the Court Reporter. Parties appeared for continuation of the change of plea hearing at the Indianapolis Courthouse.

The Defendant was sworn. The Court inquired and Defendant and his counsel reported that Defendant had been provided a copy of his plea agreement following the June 9, 2022 change of plea hearing. Counsel and Defendant met in person to discuss the agreement in detail, the factors the court would consider and other matters, on June 13, 2022. The Court previously inquired of the Defendant whether he understood the rights that he would relinquish if the Court accepted the plea of guilty and the Defendant responded affirmatively. A factual basis was previously made and accepted. The Court found the Defendant was fully competent and able to enter an informed plea, the Defendant's plea was made knowingly and voluntarily, the plea was supported by an independent basis in fact containing each of the essential elements of the offenses charged. Defendant's Plea Agreement was accepted by the Court pursuant to the Federal Rules of Criminal

Procedure 11(c)(1)(C) and Defendant was adjudged guilty of Count 1, 2, 3, 4 and 15 as charged in the Second Superseding Indictment.

The United States Probation Office is directed to prepare a presentence investigation report.

The final pretrial set <u>August 2, 2022</u> and the trial by jury set to commence on <u>August 29, 2022</u> were **VACATED**.

A sentencing hearing is set for <u>October 26, 2022 at 2:00 p.m.</u> in Courtroom 344, Birch Bayh Federal Building and U.S. Courthouse, Indianapolis, Indiana.  Any sentencing memoranda and/or support documents must be filed by <u>October 19, 2022</u>.  Requests to extend the deadline to file objections to the presentence report are discouraged.

Parties may contact the courtroom deputy clerk to request an earlier hearing date upon completion of the presentence investigation report.

IT IS SO ORDERED.

Date:   6/14/2022

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Kristina M. Korobov
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
kristina.korobov@usdoj.gov

Tiffany Jacqueline Preston
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
tiffany.preston@usdoj.gov

Brandon Sample
BRANDON SAMPLE PLC
brandon@brandonsample.com