UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cr-00152-TWP-MJD |
| | ) | |
| ROBERT MASON ELLIOTT, | ) -01 | |
| | ) | |
| Defendant. | ) | |

**ENTRY FOR JANUARY 6, 2023**
**THE HONORABLE TANYA WALTON PRATT, CHIEF JUDGE**

The Government appeared by Tiffany Preston and Kristina Korobov, Assistant United States Attorneys. The Defendant appeared in person, in custody, and by retained counsel Brandon Sample. Latasha Cowart appeared on behalf of the United States Probation Office. Andrew Willmann attended as agent for the Government. David Moxley was the Court Reporter. Parties appeared for sentencing at the Indianapolis Courthouse.

On June 14, 2022, the Defendant was adjudged guilty of Counts 1, 2, 3, 4 and 15 as charged in the Second Superseding Indictment.

The parties were heard with respect to the sentence and application of the Sentencing Guidelines.

Pursuant to the Sentencing Reform Act of 1984, sentence was imposed as stated on the record, including:

Incarceration:  The Defendant was sentenced to the custody of the Bureau of Prisons for a term of 120 months on Counts 1, 2 and 15 to be served concurrently to each other, 400 months on Counts 3 and 4 to be served concurrently to each other, but consecutive to Counts 1, 2 and 15 for a total term of 520 months in prison.

Restitution:  The Defendant shall make restitution to minor victim #1 and witness victim #1 in the amount of $5,000 each for a total of $10,000.  Payment is to be made directly to Clerk United States District Court with disbursement to the victims.

Fine: The Court did not order a fine based on the substantial amount of restitution and Defendant's financial resources.

Forfeit:  The Defendant shall forfeit the property stated on the record.

Supervised Release:  The Defendant shall be placed on supervised release for a term of 5 years on Counts 3 and 4 and 3 years on each of Counts 1, 2 and 15 to be served concurrently.  The Court imposed the mandatory conditions pursuant to 18 U.S. Code §§ 3563 and 3583. To promote respect for the law, prevent recidivism, and aide in adequate supervision, the Defendant shall also comply with the conditions of supervision which are referenced in the Presentence Investigation Report.  Neither the Government nor the Defendant had any objection to the conditions that were recommended by the probation officer, and the reading of those conditions into the record were waived.  The Court imposed all the conditions listed in the Presentence Investigation Report.

Recommendation:  The Court recommends placement at FCI Pekin Illinois, FCI Petersburg Virginia or FCI Marion Illinois; including substance abuse treatment and mental health treatment.

The Defendant shall pay to the United States a special assessment of $500.  Payment of the special assessment shall be due immediately and is to be made directly to the Clerk, U.S. District Court.

The Government will file a motion to dismiss Counts 5 through 14.

The Defendant was advised of the right to appeal.

The Defendant was remanded to the custody of the U.S. Marshals Service.

The Judgment is forthcoming.

IT IS SO ORDERED.

Date: 1/6/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Kristina M. Korobov
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
kristina.korobov@usdoj.gov

Tiffany Jacqueline Preston
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
tiffany.preston@usdoj.gov

Brandon Sample
Brandon Sample PLC
brandon@brandonsample.com